IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 20-CR-30117-SMY |
| ) | |
| KATHLEEN M. DVORAK, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE**

Now comes the United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Scott A. Verseman, Assistant United States Attorney, and moves, pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, for the entry of a Preliminary Order of Forfeiture against the following property possessed by Defendant Kathleen M. Dvorak:

1. $1,495,072.74 in United States funds, in that such sum in aggregate was received as proceeds for Wire Fraud or is traceable thereto, less credit for any of the items listed in the paragraph below; and

2. $8,975 in United States funds seized from account number **7857 at the 1st Federal Savings Bank of Mascoutah, in that such sum constitutes proceeds for Wire Fraud.

The United States seeks forfeiture of the $1,495,072.74 in United States currency as a directly forfeitable asset pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(d), and states that the $1,495,072.74 in United States currency will be applied to defendant Dvorak's forfeiture judgment.

A proposed Preliminary Order of Forfeiture is submitted herewith.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Scott A. Verseman*
SCOTT A. VERSEMAN
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
(618) 628-3700

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-CR-30117-SMY |
| | ) | |
| KATHLEEN M. DVORAK, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, I caused to be electronically filed the foregoing **MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    **Justin A. Kuehn**

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Scott A. Verseman*
SCOTT A. VERSEMAN
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
(618) 628-3700

3